**Ruben Guadalupe Rodriguez CASTELAN; Maria de Lourdes Ramirez Ruiz, Petitioners,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

No. 09–73283.

United States Court of Appeals, Ninth Circuit.

Submitted June 15, 2011.*

Filed June 29, 2011.

Anthony Dencio Agpaoa, Law Offices of Anthony D. Agpaoa, San Francisco, CA, for Petitioners.

Office of the Chief Counsel Department of Homeland Security, San Francisco, CA, Kristina Rencic Sracic, U.S. Department of Justice, Washington, DC, for Respondent.

Before: CANBY, O'SCANNLAIN, and FISHER, Circuit Judges.

MEMORANDUM **

Ruben Guadalupe Rodriguez Castelan and Maria De Lourdes Ramirez Ruiz, natives and citizens of Mexico, petition for review of the Board of Immigration Appeals' ("BIA") order denying their motion to reopen removal proceedings. We have jurisdiction under 8 U.S.C. § 1252. We review for abuse of discretion the denial of a motion to reopen, *Reyes v. Ashcroft*, 358 F.3d 592, 595 (9th Cir.2004), and we deny the petition for review.

The BIA did not abuse its discretion in denying petitioners' motion to reopen based on ineffective assistance of counsel because petitioners failed to demonstrate plausible grounds for relief. *See Ray v. Gonzales*, 439 F.3d 582, 587 (9th Cir.2006) (where petitioner is deprived of the opportunity to present his claim due to counsel's error, he has been denied due process if he can demonstrate "plausible grounds for relief" on his underlying claim).

**PETITION FOR REVIEW DENIED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.